GILBERT H. CRAWFORD, as Receiver of ROLAND STEEL COMPANY, INC., Appellant, *v.* JOHN DETJENS, Respondent.

(Argued March 31, 1932; decided April 26, 1932.)

*Harold E. Lippincott* and *Albert G. Avery* for appellant.
*Frederick G. Fischer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.